|   |   |
|---|---|
| | The Honorable Jamal Whitehead |

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| DEANNA HUNTER, on behalf of ROY K. OLUND, an individual<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant. | Civil Action No. 2:24-cv-00026-JNW<br><br>**STIPULATED MOTION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT** |

Plaintiff Deanna Hunter, on behalf of Roy K. Olund ("Plaintiff") and Defendant Wells Fargo Bank, N.A. ("Defendant," and together with Plaintiff, the "Parties") jointly bring this stipulated Motion to jointly request as follows:

WHEREAS, on or about December 7, 2023, Plaintiff filed a complaint in the Superior Court of the State of Washington, County of King, Case No. 23-2-24242-4 (the "Action");

WHEREAS, the summons and complaint were served on Defendant's agent for service of process on December 8, 2023;

WHEREAS, Defendant filed a notice of removal of the Action to this Court on January 5, 2024, making Defendant's responsive pleading presently due by January 12, 2024 per Fed. R. Civ. Proc. Rule 81;

07685.3143/16690492.2

STIPULATED MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT
(CASE NO. 2:24-CV-00026-JNW)- 1
153689988.1

FOX ROTHSCHILD LLP
1001 FOURTH AVENUE, SUITE 4400
SEATTLE, WA 98154
206.624.3600

1  WHEREAS, the Parties, through counsel, have agreed to an extension of time for Defendant to answer, move or otherwise respond to the Complaint through and including February 9, 2024, for Defendant to complete its initial factual investigation;

WHEREFORE, Plaintiff and Defendant stipulate as follows, subject to Court approval:

1. The time for Defendant to answer, move or otherwise respond to the Complaint shall be through and including February 9, 2024; and

2. This extension will not affect any other deadlines in this case.

DATED:  January 12, 2024               FOX ROTHSCHILD LLP

　　　　　　　　　　　　　　　　　　　　　　 /s/Al Roundtree
　　　　　　　　　　　　　　　　　　　　　Al Roundtree, WSBA #54851
　　　　　　　　　　　　　　　　　　　　　1001 Fourth Avenue, Suite 4500
　　　　　　　　　　　　　　　　　　　　　Seattle, Washington 98154
　　　　　　　　　　　　　　　　　　　　　Tel: 206.624.3600
　　　　　　　　　　　　　　　　　　　　　Fax: 206.389.1708
　　　　　　　　　　　　　　　　　　　　　Email: ARoundtree@FoxRothschild.com
　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant*
　　　　　　　　　　　　　　　　　　　　　WELLS FARGO BANK, N.A

DATED:  January 12, 2024               BADGLEY MULLINS TURNER PLLC

By: */s/ Mark A. Trivett*
Mark A. Trivett
9929 Ballinger Way NE, Ste. 200
Seattle, WA 98155
Tel.: 206-621-6566
Email: mtrivett@badgleymullins.com
*Attorneys for Plaintiff Deanna Hunter on behalf of Roy K. Olund*

07685.3143/16690492.2
STIPULATED MOTION TO EXTEND TIME TO
RESPOND TO COMPLAINT
(CASE NO. 2:24-CV-00026-JNW)- 2
153689988.1

FOX ROTHSCHILD LLP
1001 FOURTH AVENUE, SUITE 4400
SEATTLE, WA 98154
206.624.3600

1

2  IT IS HEREBY ORDERED that the foregoing stipulated Motion is GRANTED.

3

4  Dated this 23rd day of January, 2024

5

6  _____
   Jamal N. Whitehead
7  United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

07685.3143/16690492.2

STIPULATED MOTION TO EXTEND TIME TO
RESPOND TO COMPLAINT
(CASE NO. 2:24-CV-00026-JNW)- 3
153689988.1

FOX ROTHSCHILD LLP
1001 FOURTH AVENUE, SUITE 4400
SEATTLE, WA 98154
206.624.3600