THE HON. JAMAL N. WHITEHEAD

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| DEANNA HUNTER,<br><br>            Plaintiffs,<br><br>     v.<br><br>WELLS FARGO BANK NA,<br><br>            Defendants. | No. 2:24-CV-00026-JNW<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF ALL CLAIMS WITH PREJUDICE**<br><br>**NOTING DATE: May 8, 2024** |

## **STIPULATION**

Plaintiff Deanna Hunter ("Plaintiff") by and through her undersigned counsel of record, and Defendant Wells Fargo Bank, N.A. ("Defendant") by and through its undersigned counsel of record, hereby stipulate and pray that the Court enter an order dismissing all the claims and causes of actions against Defendant in the above-captioned case with prejudice, and with all parties to bear their own attorneys' fees and costs.

//

//

//

//

STIPULATION AND [PROPOSED]
ORDER FOR DISMISSAL - 1
No. 2:24-CV-00026-JNW

**BADGLEY MULLINS TURNER** PLLC
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
TEL 206.621.6566
FAX 206.621.9686

**DATED**: May 8th, 2024

| | |
|---|---|
| **BADGLEY MULLINS TURNER PLLC** | **FOX ROTHSCHILD LLP** |
| */s/ Mark A. Trivett* | */s/ Al Roundtree* |
| Mark A. Trivett, WSBA No. 46375 | Al Roundtree, WSBA No. 54851 |
| 19929 Ballinger Way NE, Suite 200 | 1001 Fourth Avenue, Suite 4400 |
| Seattle, WA 98155 | Seattle, WA 98154 |
| Telephone: 206-621-6566 | Telephone: 206-624-3600 |
| Facsimile: 206-621-9686 | Facsimile: 206-389-1708 |
| Email: mtrivett@badleymullins.com | Email: aroundtree@foxrothschild.com |
| ***ATTORNEYS FOR PLAINTIFF*** | ***ATTORNEYS FOR DEFENDANT*** |

## ORDER

This matter having come before the Court on the foregoing stipulation of the parties hereto, and the Court being fully advised in the premises, it is hereby, **ORDERED** that the above-entitled action is hereby dismissed with prejudice with each party to bear its own attorneys' fees and costs.

DATED this 10th day of May, 2024.

*[signature]*
_____
Jamal N. Whitehead
United States District Judge

STIPULATION AND [PROPOSED]
ORDER FOR DISMISSAL - 2
No. 2:24-CV-00026-JNW

**BADGLEY MULLINS TURNER** PLLC
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
TEL 206.621.6566
FAX 206.621.9686

1 | Presented by:

2 | **BADGLEY MULLINS TURNER PLLC**
*/s/ Mark A. Trivett*
3 | Mark A. Trivett, WSBA No. 46375

4 | **FOX ROTHSCHILD LLP**
*/s/ Al Roundtree*
5 | Al Roundtree, WSBA No. 54851

STIPULATION AND [PROPOSED]
ORDER FOR DISMISSAL  - 3
No.  2:24-CV-00026-JNW

# CERTIFICATE OF SERVICE

The undersigned does hereby certify that on the 8th day of May, 2024, he caused a true and correct copy of the above-titled document to be delivered via the method indicated below to the following party(ies):

| | |
|---|---|
| Al Roundtree, WSBA No. 54851<br>FOX ROTHSCHILD LLP<br>1001 Fourth Avenue, Suite 4400<br>Seattle, WA 98154<br>Tel: (206) 624-3600<br>Fax: (206) 389-1708<br>E: aroundtree@foxrothschild.com<br>***Attorneys for Defendant***<br>***Wells Fargo Bank, N.A.*** | [X] E-Service via Court's ECF system<br>[ ] U.S. Mail<br>[ ] Legal Messenger<br>[ ] Facsimile |

*s/ Yonten Dorjee*
Yonten Dorjee, Paralegal
**BADGLEY MULLINS TURNER PLLC**
Email:  ydorjee@badgleymullins.com

STIPULATION AND [PROPOSED]
ORDER FOR DISMISSAL  - 4
No.  2:24-CV-00026-JNW

**BADGLEY MULLINS TURNER** PLLC
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
TEL 206.621.6566
FAX 206.621.9686